| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOHNNIE W. GARZA, §
　　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:11-CV-375
　　　　　　　　　　　　　　　　　§
TRINITY INDUSTRIES, INC. and §
TRINITY RAILCAR REPAIR, INC., §
　　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## ORDER OF DISMISSAL

Plaintiff Johnnie W. Garza's unopposed Motion to Dismiss Case (#16) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 26th day of June, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE